UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DORSEY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>P. SHAKIBA,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 3:20-cv-00843-JAH-MDD<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**<br><br>**(ECF Nos. 22, 27).** |

On January 20, 2021, Plaintiff Jessie Dorsey ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed the operative amended civil rights complaint ("FAC") pursuant to 42 U.S.C. § 1983, alleging an Eighth Amendment violation under the United States Constitution at the Richard J. Donovan Correctional Center ("RJD") by Defendant P. Shakiba ("Defendant"), a doctor at RJD. Plaintiff asserts Defendant was deliberately indifferent to his serious medical needs. On August 23, 2022, Defendant filed a motion for summary judgment arguing (1) Plaintiff cannot establish the Defendant was deliberately indifferent to Plaintiff's medical needs; (2) Plaintiff's damages are merely speculative; and (3) Defendant has qualified immunity. (*See generally*, Mot.) Plaintiff did not file an opposition to Defendant's motion.

On January 23, 2023, Magistrate Judge Mitchell D. Dembin submitted a Report and Recommendation (the "Report") to this Court, recommending that Defendant's motion for

summary judgement be granted.  (ECF. No. 35).  Defendant has not filed an objection to the Report.

### DISCUSSION

The district court's role in reviewing a magistrate judge's report and recommendation is set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  When a party objects to the magistrate judge's report and recommendation, the district court "shall make a de novo determination of those portions of the report . . . to which objection is made," and may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

When no objections are filed, the district court is not required to conduct a de novo review of the magistrate judge's report and recommendation. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005) (stating that "*de novo* review of a [magistrate judge's report and recommendation] is only required when an objection is made"); *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that 28 U.S.C. § 636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo* if objection is made, but not otherwise").

Here, any objections to the Report were due by February 6, 2023.  To date, no objections have been presented before the Court. Thus, in the absence of any objections, the Court **ADOPTS** the Report and Recommendation.  For the reasons stated in the Report, which are incorporated herein by reference, Defendants' motion for summary judgment, (ECF No. 22), is **GRANTED**.  The Clerk of Court shall enter judgment reflecting the foregoing.

**IT IS SO ORDERED.**

DATED: February 27, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE